**IN THE UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF ARKANSAS**
**PINE BLUFF DIVISION**

BRIAN WEBB, ADC #141031                                                                          PLAINTIFF

v.                                                   NO. 5:09CV00215 JLH

MAURICE CULCLAGER, Lt., Maximum
Security Unit, Arkansas Dept. of Correction, *et al.*                              DEFENDANTS

## JUDGMENT

Pursuant to the order filed this date, judgment is entered dismissing this case with prejudice with respect to Plaintiff's claims of excessive force used on May 26, 2009, and without prejudice in all other respects; the relief sought is denied. The Court further certifies that an *in forma pauperis* appeal taken from the order and judgment dismissing this action is considered frivolous and not in good faith.

IT IS SO ORDERED this 2nd day of June, 2010.

_____
J. LEON HOLMES
UNITED STATES DISTRICT JUDGE